IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Petitioner,<br><br>   v.<br><br>JOSE MIRANDA FUNES,<br><br>                Respondent. | 8:16CV273<br><br>ORDER |

      Upon consideration of the United States' Notice of Dismissal (Filing 13), and for good cause shown,

      1.    IT IS ORDERED that the action be and hereby is dismissed without prejudice to the United States, each party to bear their own costs;

      2.    IT IS FURTHER ORDERED that the hearing scheduled for November 7, 2016, be and hereby is cancelled;

      3.    IT IS FURTHER ORDERED that the Clerk's Office mail a copy of this Order to the following:

            Mr. Jose Miranda Funes
            3315 Drexel Street
            Omaha, NE 68107-3907

            Matthew J. Bock, Esq.
            Walentine, O'Toole, McQuillan & Gordon, LLP
            11240 Davenport Street
            P.O. Box 540125
            Omaha, NE 68154

      DATED this 28th day of October, 2016.

                                        BY THE COURT:

                                        s/ Joseph F. Bataillon
                                        Senior United States District Judge